IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM LEROY TRIMBLE,

    Plaintiff,                       No. CIV S-05-1862 DFL DAD P

    vs.

SGT. RAYLS, et al.,

    Defendants.           ORDER

_____/

        Plaintiff, a county jail inmate proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On September 22, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days.  Plaintiff has filed a document that contains objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.  It does not appear that plaintiff has sought all available administrative remedies,

1

1  including the formal review process.

2        Accordingly, IT IS HEREBY ORDERED that:

3      1. The findings and recommendations filed September 22, 2005, are adopted in
4  full; and

5      2. This action is dismissed without prejudice due to plaintiff's failure to exhaust
6  available administrative remedies before bringing this action.

7  DATED: 11/11/2005

                DAVID F. LEVI
                United States District Judge